# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YADIRA SOLORIO POZOS, et al.,<br><br>Defendants. | Case No.: 17-CR-4309-JLS<br><br>**FACTUAL FINDINGS PURSUANT TO 18 U.S.C. § 3161(h)(7)** |

At the motion hearing on March 23, 2018, the Court declared this case "complex" under the Speedy Trial Act, 18 U.S.C. § 3161, and excluded time from March 23, 2018, to June 1, 2018, under 18 U.S.C. § 3161(h)(7).

"[A]n 'ends of justice' exclusion must be (1) 'specifically limited in time' and (2) 'justified [on the record] with reference to the facts as of the time the delay is ordered.'" <u>United States v. Ramirez-Cortez</u>, 213 F.3d 1149, 1154 (9th Cir. 2000) (citation omitted). In addition to the Court's findings at the motion hearing on March 23, 2018, the Court makes the following factual findings, which apply to the exclusion of time:

/ / /

/ / /

1. The Indictment charges nine defendants with a conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §841(a)(1) and 846. Eight of the nine defendants have made appearances in the case. The remaining defendant is a fugitive.

2. The discovery produced by the Government to date consists of wiretap pleadings, intercepted telephone calls and text messages, wiretap line sheets, law enforcement reports, audio recordings and video recordings.

3. This case is an unusually complex prosecution, as contemplated by 18 U.S.C. § 3161(h)(7), in that it involves: (1) a criminal charge with multiple defendants and (2) the evaluation of significant amounts of evidence. At the motion hearing on March 23, 2018, counsel for all defendants agreed that a continuance from March 23, 2018, to June 1, 2018, was necessary for counsel to prepare a defense to the charges alleged in the Superseding Indictment. Taking into account the exercise of due diligence by the defendants, the Court finds that the setting of a status conference on June 1, 2018, outweighs the best interests of the public and the defendants in a speedy trial because requiring the defendants to proceed to trial before June 1, 2018, would likely result in a miscarriage of justice given the complexity and nature of this case.

IT IS SO ORDERED.

Dated: March 27, 2018

Hon. Janis L. Sammartino
United States District Judge