UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YADIRA SOLORIO POZOS, et al.,<br><br>Defendants. | Case No.: 17-CR-4309-JLS<br><br>**FACTUAL FINDINGS PURSUANT TO 18 U.S.C. § 3161(h)(7)** |

At the motion hearing on June 1, 2018, the Court found that this case continues to be "complex" under the Speedy Trial Act, 18 U.S.C. § 3161, and excluded time from June 1, 2018, to July 13, 2018, under 18 U.S.C. § 3161(h)(7).

"[A]n 'ends of justice' exclusion must be (1) 'specifically limited in time' and (2) 'justified [on the record] with reference to the facts as of the time the delay is ordered.'" United States v. Ramirez-Cortez, 213 F.3d 1149, 1154 (9th Cir. 2000) (citation omitted). In addition to the Court's findings at the motion hearings on March 23, 2018 and June 1, 2018, the Court makes the following factual findings, which apply to the exclusion of time:

/ / /

/ / /

1. The Indictment charges nine defendants with a conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §841(a)(1) and 846. Eight of the nine defendants have made appearances in the case. The remaining defendant is a fugitive.

2. The discovery produced by the Government to date consists of wiretap pleadings, intercepted telephone calls and text messages, wiretap line sheets, law enforcement reports, audio recordings and video recordings.

3. This case is an unusually complex prosecution, as contemplated by 18 U.S.C. § 3161(h)(7), in that it involves: (1) a criminal charge with multiple defendants and (2) the evaluation of significant amounts of evidence. At the motion hearing on June 1, 2018, counsel for all defendants agreed that a continuance from June 1, 2018, to July 13, 2018, was necessary for counsel to prepare a defense to the charges alleged in the Indictment. Taking into account the exercise of due diligence by the defendants, the Court finds that the setting of a status conference on July 13, 2018, outweighs the best interests of the public and the defendants in a speedy trial because requiring the defendants to proceed to trial before July 13, 2018, would likely result in a miscarriage of justice given the complexity and nature of this case.

IT IS SO ORDERED.

Dated: June 6, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge